MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY
Special Assistant United States Attorney
86 Chambers Street
New York, New York  10007
Tel.: (212) 637-1579
Fax:  (212) 637-2717

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
JOHN LANGERT,                                       :
                                                    :        CERTIFICATE OF SERVICE
                                                    :
            Plaintiff,                              :        08 Civ. 4405 (DLC)(DF)
                                                    :
      v.                                            :        Index No. 14179-07
                                                    :        (Supreme Court of the State
AMY TOCCO, M.D., et al.                             :        of New York, Bronx County)
                                                    :
            Defendants.                             :
---------------------------------------------------------------x

     I, EMILY E. DAUGHTRY, a Special Assistant United States Attorney for the Southern

District of New York, hereby certify that on May 9, 2008, I caused a copy of (1) the Notice of

Removal in John Langert  v. Amy Tocco, M.D., et al., 08 Civ. 4405 (DLC) (DF), (2) the

Individual Practices in Civil Cases of Judge Denise Cote, (3) the Individual Practices of

Magistrate Judge Debra Freeman, (4) 3rd Amended Instructions for Filing an Electronic Case or

Appeal,  (4) USDC/SDNY Procedures for Electronic Case Filing, and (5) USDC/SDNY

Guidelines for Electronic Case Filing to be served upon the following:

JONATHAN C. REITER, ESQ.
Attorney for Plaintiff
350 Fifth Ave., Suite 2811
New York, NY 10118

CLIFFORD A. PLATT, ESQ.

Attorney for Defendant Jayesh R. Modi, M.D.
Steinberg, Symer, & Platt, LLP
27 Garden Street
Poughkeepsie, NY 12601

VASSAR BROTHERS HOSPITAL
45 Reade Place
Poughkeepsie, NY 12601

FRANCINE HOPE BROOKS, M.D.
45 Reade Place
Poughkeepsie, NY 12601

DUTCHESS SURGICAL ASSOCIATES, P.C.
1 Columbia Street, Suite 301
Poughkeepsie, NY 12601


Dated:  New York, New York
        May 9, 2008


_____/s/_____
EMILY E. DAUGHTRY
Special Assistant United States Attorney