MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY
Special Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Tel.: (212) 637-1579
Fax: (212) 637-2717
E-mail: emily.daughtry@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
JOHN LANGERT                                                :
                                                            :          ECF CASE
                          Plaintiff,                        :
                                                            :          NOTICE OF MOTION
              v.                                            :
                                                            :          08 Civ. 4405 (DLC) (DF)
AMY TOCCO, M.D., et al.                                     :
                                                            :
                          Defendants.                       :
-------------------------------------------------------------x

       PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Federal Defendants' Motion to Substitute the United States as Defendant and to Dismiss the Complaint as Against the United States; the Declaration of Emily E. Daughtry, dated May 14, 2008, and the accompanying exhibits; and the Declaration of Meredith Torres, dated December 20, 2007, and the accompanying exhibits, defendants the Hudson River HealthCare, Inc., Amy Tocco, M.D., and David Walker, M.D. ("the federal defendants"), by their attorney, Michael J. Garcia, United States Attorney for the Southern District of New York, move this Court on May 14, 2008, for an order substituting the United States of America as defendant in place of the federal defendants and dismissing the Complaint as against the United States for

lack of subject matter jurisdiction pursuant to Rule 12(b)(1) of the Federal Rules of Civil

Procedure.

Dated:  New York, New York
       May 14, 2008

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York
                    Attorney for Federal Defendants

           By:    /s/ Emily E. Daughtry
                    EMILY E. DAUGHTRY
                    Special Assistant United States Attorney
                    86 Chambers Street
                    New York, New York 10007
                    Telephone:  (212) 637-1579
                    Facsimile:  (212) 637-2717
                    E-mail: emily.daughtry@usdoj.gov

To:    JONATHAN C. REITER, ESQ.
        Attorney for Plaintiff
        350 Fifth Ave., Suite 2811
        New York, NY 10118

        CLIFFORD A. PLATT, ESQ.
        Attorney for Defendant Jayesh R. Modi, M.D.
        Steinberg, Symer, & Platt, LLP
        27 Garden Street
        Poughkeepsie, New York 12601

        VASSAR BROTHERS HOSPITAL
        45 Reade Place
        Poughkeepsie, NY 12601

        FRANCINE HOPE BROOKS, M.D.
        45 Reade Place
        Poughkeepsie, NY 12601

DUTCHESS SURGICAL ASSOCIATES, P.C.
1 Columbia Street, Suite 301
Poughkeepsie, NY 12601