## CERTIFICATE OF SERVICE

I, EMILY E. DAUGHTRY, a Special Assistant United States Attorney for the Southern District of New York, hereby certify that on May 14, 2008, I caused a copy of the Notice of Motion, the Memorandum of Law in Support of the Federal Defendants' Motion to Substitute the United States as Defendant and to Dismiss the Complaint as Against the United States, the Declaration of Emily E. Daughtry, and the accompanying exhibits, and the Declaration of Meredith Torres, to be served, by Federal Express, upon the following:

> JONATHAN C. REITER, ESQ.
> Attorney for Plaintiff
> 350 Fifth Ave., Suite 2811
> New York, NY 10118
>
> CLIFFORD A. PLATT, ESQ.
> Attorney for Defendant Jayesh R. Modi, M.D.
> Steinberg, Symer, & Platt, LLP
> 27 Garden Street
> Poughkeepsie, New York 12601
>
> VASSAR BROTHERS HOSPITAL
> 45 Reade Place
> Poughkeepsie, NY 12601
>
> FRANCINE HOPE BROOKS, M.D.
> 45 Reade Place
> Poughkeepsie, NY 12601
>
> DUTCHESS SURGICAL ASSOCIATES, P.C.
> 1 Columbia Street, Suite 301
> Poughkeepsie, NY 12601

Dated: New York, New York
       May 14, 2008

                                                /s/ Emily E. Daughtry
                                              EMILY E. DAUGHTRY
                                              Special Assistant United States Attorney