05/23/2008 11:56 FAX 212 268 5297   JONATHAN C. REITER   ⌀002
03-2008  11:13   US ATTORNEY   212 637 2717   P.02

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: EMILY E. DAUGHTRY
Special Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone: (212) 637-1579
Facsimile: (212) 637-2717
E-mail: emily.daughtry@usdoj.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-3-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
JOHN LANGERT,

    Plaintiff,

-against-

AMY TOCCO, M.D., et al.,

    Defendants.

------------------------------------------------------------- x

ECF Case

08 Civ. 4405 (DLC)(DF)

STIPULATION AND ORDER OF
SUBSTITUTION OF UNITED
STATES AS DEFENDANT FOR AMY
TOCCO, M.D., DAVID WALKER,
M.D., AND HUDSON RIVER
HEALTHCARE, INC., AND
DISMISSAL OF THE ACTION AS
AGAINST THE UNITED STATES

    WHEREAS on or about November 9, 2007, plaintiff John Langert filed a Summons and Verified Complaint in the Supreme Court of the State of New York, County of Dutchess, Index No. 7682-2007, against Amy Tocco, M.D., David Walker, M.D., Hudson River HealthCare, Inc., Vasser Brothers Hospital, Francine Hope Brooks, M.D., "John Doe," M.D. and "Jane Doe," M.D., Jayesh R. Modi, M.D., and Dutchess Surgical Associates, P.C alleging, inter alia, that they committed negligent acts and omissions in providing medical care to plaintiff John Langert and that, consequently, these negligent acts and omissions led plaintiff John Langert to suffer various personal injuries; and

    WHEREAS on or about May 9, 2008, Michael J. Garcia, the United States Attorney for the Southern District of New York removed the action to this Court pursuant to section 224(c) of the Public Health Service Act, 42 U.S.C. § 233(c), and 28 U.S.C. § 2679(d)(2), based on the United States Attorney's certification, dated May 2, 2008, that defendants Amy Tocco, M.D., David Walker, M.D., and the Hudson River HealthCare, Inc. were acting within the scope of their federal employment at all

05/23/2008 11:56 FAX 212 268 5297    JONATHAN C. REITER

MAY-23-2008  11:13        US ATTORNEY                           212 637 2717   P.03

times relevant to the allegations of this complaint,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the plaintiff, defendants Amy Tocco, M.D., David Walker, M.D., the Hudson River HealthCare, Inc., and the United States, by their respective counsel, as follows:

1. Pursuant to section 224(a), (c), of the Public Health Service Act, 42 U.S.C. § 233(a), (c), and 28 U.S.C. § 2679(d), the United States shall be substituted as defendant in this action to the extent plaintiff's claims are against Amy Tocco, M.D., David Walker, M.D., and Hudson River HealthCare, Inc.; and

2. All of plaintiff's claims against Amy Tocco, M.D., David Walker, M.D., and Hudson River HealthCare, Inc., are dismissed with prejudice and without costs or attorney's fees to any party; and

3. Plaintiff's claims as against the United States are dismissed without prejudice and without costs or attorney's fees to any party, such dismissal being made pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure because plaintiff failed to exhaust his administrative remedies with the appropriate federal agency, as required under 28 U.S.C. § 2675(a), prior to filing a complaint in this action; and

4. The parties understand and agree that this stipulation does not waive any rights of any party under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, or any other applicable law; and

5. The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

So ordered.

*/s/ Denise Cote*

June 3, 2008

2

Dated: New York, New York
    May 23, 2008

JONATHAN C. REITER, ESQ.
ATTORNEY FOR PLAINTIFF

By: _____
JONATHAN C. REITER
Attorney for Plaintiff
350 Fifth Ave., Suite 2811
New York, New York 10118
Telephone No. (212) 736-0979

Dated: New York, New York
    May 27, 2008

MICHAEL J. GARCIA
United States Attorney for the Southern
District of New York
ATTORNEY FOR DEFENDANTS AMY
TOCCO, M.D., DAVID WALKER,
M.D., HUDSON RIVER HEALTHCARE,
INC., AND THE UNITED STATES OF
AMERICA

By: _____
EMILY E. DAUGHTRY
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone No. (212) 637-1579
Facsimile No. (212) 637-2717
E-mail: emily.daughtry@usdoj.gov

SO ORDERED.

Dated: New York, New York
    May ____, 2008

_____
HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE

3

COPIES SENT TO:

Jonathan C. Reiter, Esq.  
350 Fifth Avenue, Suite 2811  
New York, NY 10118

**PLEASE IMMEDIATELY SEND COPIES TO ALL COUNSEL**