UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN LANGERT,

                Plaintiff,

-against-

UNITED STATES OF AMERICA d/b/a
HUDSON RIVER HEALTHCARE, INC., a/k/a
COMMUNITY HEALTH, AMY TOCCO, M.D.
DAVID WALKER, M.D., VASSAR BROTHERS
HOSPITAL, FRANCINE HOPE BROOKS, M.D.,
"JOHN DOE", M.D. and/or "JANE DOE", M.D.,
a/k/a "SERVICE MD, ON CALL", JAYESH R.
MODI, M.D., and DUTCHESS SURGICAL
ASSOCIATES, P.C.,

                Defendants.

Case No.:  08 CV 4405 (DLC) (DF)

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                              ) ss.:
COUNTY OF ALBANY     )

    Louise L. Warner, being duly sworn, deposes and says: that she is not a party to this action, that she is over the age of 18 years, and that she served a copy of the within **Answer with Demand for Jury Trial and Statement Pursuant to F.R.C.P. 7.1** upon the following attorneys and/or individuals on the following date and at the following places in the following manner: On July 11, 2008:

TO:    Michael Garcia, Esq.
         U.S. Attorney for the Southern District
         86 Chambers Street
         New York, NY  10007

by depositing a true and correct copy of same in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at Albany, New York directed to said individuals, respectively, at said addresses, respectively mentioned above, that being the

{A0090509.1 }

the place where the above then resided or kept offices, according to the best information which can be conveniently obtained

*Louise L. Warner*
Louise L. Warner

Sworn to before me this
11th day of July, 2008.

*Kimberly C. LaBrecque*
Notary Public, State of New York

KIMBERLY A. LABRECQUE
Notary Public, State of New York
Qualified in Saratoga County
No. 01LA6143292
Commission Expires April 03, 20 _10_

{A0090509.1}