CERTIFICATE OF SERVICE

I, Emily E. Daughtry, a Special Assistant United States Attorney for the Southern

District of New York, hereby certify that on August 26, 2008, I caused a copy of the Answer to

the Amended Complaint to be served by First Class mail upon the following:


LAW FIRM OF JONATHAN C. REITER
350 Fifth Avenue, Suite 2811
New York, New York 10118
*ATTORNEY FOR PLAINTIFF*

FELDMAN, KLEIDMAN & COFFEY, LLP
995 Main Street, P.O. Box A
Fishkill, New York 12524
*ATTORNEY FOR FRANCINE HOPE BROOKS, M.D. AND DUTCHESS SURGICAL
ASSOCIATES, P.C.*

PHELAN, PHELAN & DANEK
302 Washington Avenue Extension
Albany, New York 12203
*ATTORNEY FOR VASSAR BROTHERS HOSPITAL*

STEINBERG, SYMER & PLATT, LLC
27 Garden Street
Poughkeepsie, New York 12601
*ATTORNEY FOR JAYESH R. MODI, M.D.*


Dated:        New York, New York
              August 26, 2008


                                    /s/   Emily E. Daughtry
                                    EMILY E. DAUGHTRY
                                    Special Assistant United States Attorney