```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JOHN LANGERT,                           :
                      Plaintiff,        :
                                        :      08 Civ. 4405 (DLC)
            -v-                         :
                                        :           ORDER
UNITED STATES OF AMERICA, VASSAR        :
BROTHERS HOSPITAL, FRANCINE HOPE        :
BROOKS, M.D., "JOHN DOE", M.D., and/or  :
"JANE DOE", M.D., a/k/a "SERVICE MD, ON :
CALL", JAYESH R. MODI, M.D., and        :
DUTCHESS SURGICAL ASSOCIATES, P.C.,     :
                      Defendants.       :
                                        :
----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/09
```

DENISE COTE, District Judge:

No summary judgment motion having been filed on June 26, 2009, it is hereby

ORDERED that the Joint Pretrial Order in this case must be filed by July 31, 2009.

SO ORDERED:

Dated:   New York, New York
         July 2, 2009

                                   _____
                                            DENISE COTE
                                   United States District Judge